# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3097
_____

ALICIA BRYANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

February 5, 2026

PER CURIAM.

AFFIRMED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alicia Bryant, pro se, Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Senior Assistant Attorney General, Tallahassee, for Appellee.